IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KHAN ALI YOUSAFI | ) |
| | ) |
|     Plaintiff | ) Civil Action No. 2:11-cv-05575-JS-ARL |
| | ) |
| v. | ) **CORPORATE DISCLOSURE** |
| | ) **STATEMENT** |
| THE MEN'S WEARHOUSE | ) |
| | ) |
|     Defendant | ) |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Defendant, The Men's Wearhouse, Inc. states that there are no parent corporations or publicly held corporations owning 10% or more of its stock.

                                                                                     Respectfully submitted,

                                                                                     /s/ Gregg H. Salka, Esq.
                                                                                      GREGG H. SALKA, ESQ.
                                                                                      FISHER & PHILLIPS LLP
                                                                                      430 Mountain Avenue
                                                                                      Murray Hill, NJ 07974
                                                                                      Telephone: (908) 516-1050
                                                                                      Facsimile: (908) 516-1051
                                                                                      Email: gsalka@laborlawyers.com

Dated:  February 15, 2012               Attorneys for Defendant

## CERTIFICATION OF SERVICE

I hereby certify that on this date one copy of Defendant's Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 Corporate Disclosure was served by ECF, certified mail RRR, and regular mail to:

> Khan Ali Yousafi
> *Pro Se* Plaintiff
> 183 Evergreen Drive
> Westbury, NY 11590
> Tel: (646) 492-3352

/s/ Gregg H. Salka, Esq.
GREGG H. SALKA, ESQ.
FISHER & PHILLIPS LLP
430 Mountain Avenue
Murray Hill, NJ 07974
Telephone: (908) 516-1050
Facsimile: (908) 516-1051
Email: gsalka@laborlawyers.com

Dated: February 15, 2012         Attorneys for Defendant